840

No. 92–8908. KUNKLE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–8909. HOWARD v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 92–8910. EVANS v. BAER ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8911. JOLLY v. BOWERS ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–8912. FRANKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8914. AMANFO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8915. MARCIANO v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 92–8916. MAXIE v. SUPERIOR COURT OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–8917. LAMBERT v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–8918. MCQUEEN v. POLLARD. C. A. 5th Cir. Certiorari denied.

No. 92–8919. PATINO v. LAWSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8920. CONNELL v. HOME FED BANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8921. BAKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8923. GRAIBE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8924. BROWNE v. BUCK ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–8925. KAVANAGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.